ROB BONTA
Attorney General of California
PAULA BLIZZARD (SBN 207920)
Senior Assistant Attorney General
LAURA ANTONINI (SBN 271658)
PAUL CHANDER (SBN 305133)
ELIZABETH CHEEVER (SBN 341421)
EMILY CURRAN (SBN 293065)
KOMAL PATEL (SBN 342765)
CONNIE P. SUNG (SBN 304242)
BRIAN WANG (SBN 284490)
Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA  94102
  Telephone: (415) 510-3765
  E-mail: Paula.Blizzard@doj.ca.gov
          Laura.Antonini@doj.ca.gov
          Connie.Sung@doj.ca.gov
*Attorneys for Plaintiff, The State of California*

Additional counsel listed on signature page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF ILLINOIS, THE STATE OF NEW YORK, THE STATE OF NORTH CAROLINA, THE STATE OF OREGON, AND THE COMMONWEALTH OF VIRGINIA,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.,**<br><br>Defendants. | Case No. 2:26-cv-00978-TLN-CKD<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER** |

1

**NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER**

**PLEASE TAKE NOTICE** that the State of California, State of Colorado, State of Connecticut, State of Illinois, State of New York, State of North Carolina, State of Oregon, and Commonwealth of Virginia (collectively, "Plaintiffs"), hereby move the Court pursuant to Federal Rule of Civil Procedure 65 and Local Rule 231 for a Temporary Restraining Order against Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc. ("TEGNA") (together, "Defendants").

By this motion, pursuant to Section 16 of the Clayton Act, 15 U.S.C. § 26, Plaintiffs move for an order temporarily enjoining and restraining Defendants from integrating and consolidating Nexstar and TEGNA.  Immediate relief from the Court is necessary to preserve the status quo and ensure that competition and the public interest are protected by lawful and transparent judicial review.  If integration and consolidation are not enjoined by this Court, the Transaction is likely to immediately and substantially lessen competition in the market for the licensing of Big 4 television retransmission consent, including (1) loss of independent rivalry, through Nexstar's common ownership of at least half of Big 4 affiliates in the overlapping DMAs; (2) retransmission consent fee increases for MVPDs, with predictable pass-through to consumers; and (3) degradation in the quality and variety of local news and other local programming.

This Motion is supported by the Complaint, the accompanying Memorandum of Points and Authorities, the accompanying proposed Temporary Restraining Order, the accompanying supporting declarations, the Motion itself, as well as papers, evidence, records, and any other written or oral evidence or argument presented at or before the time this motion is adjudicated by the Court.

In accordance with Local Rule 231, Plaintiffs' counsel e-mailed Defendants' counsel around 7:30 p.m. Pacific Time on March 19, 2026 to inform Defendants of Plaintiffs' intent to file this motion, the relief Plaintiffs would seek, and Plaintiffs' availability for a hearing on March 20, 2026, or when the Court is available.  At approximately 7:45 a.m. PT on March 20, 2026, Defendants' counsel responded via e-mail acknowledging receipt and stating that Defendants will oppose any application for a TRO or other emergency relief.  The disposition of this motion is

time-sensitive and Plaintiffs respectfully request that the Court rule on this motion and set a hearing on a preliminary injunction as soon as possible in the next fourteen (14) days.

A proposed order is attached.

3

Dated:  March 20, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

*/s/ Connie P. Sung*
Connie P. Sung (SBN 304242)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Laura Antonini (SBN 271658)
Paul Chander (SBN 305133)
Elizabeth Cheever (SBN 341421)
Emily Curran (SBN 293065)
Komal K Patel (SBN 342765)
Connie P. Sung (SBN 304242)
Brian Wang (SBN 284490)
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7014
Telephone: (415) 510-3765
Email: Paula.Blizzard@doj.ca.gov
        Laura.Antonini@doj.ca.gov
        Connie.Sung@doj.ca.gov

*Attorneys for Plaintiff State of California*

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

*/s/ Bryn Williams* (as authorized on March 20, 2026)
Bryn A. Williams
First Assistant Attorney General (SBN 301699)
Jonathan B. Sallet (*Pro Hac Vice forthcoming*)
Special Assistant Attorney General
Robin Alexander (*Pro Hac Vice forthcoming*)
Assistant Attorney General
Amy Bowles (*Pro Hac Vice forthcoming*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Bryn.Williams@coag.gov
        Jon.Sallet@coag.gov
        Robin.Alexander@coag.gov
        Amy.Bowles@coag.gov

*Attorneys for the State of Colorado*

4

FOR PLAINTIFF STATE OF CONNECTICUT:

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(*pro hac vice* forthcoming)

/s/ *Julián A. Quiñones Reyes* (as authorized on March 20, 2026)
Julián A. Quiñones Reyes (*Pro Hac Vice forthcoming*)
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Attorneys for Plaintiff State of Connecticut*


FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General of Illinois

/s/ *Paul J. Harper* (as authorized on March 20, 2026)
Elizabeth L. Maxeiner (*Pro Hac Vice forthcoming*)
Chief, Antitrust Bureau
Paul J. Harper (*Pro Hac Vice forthcoming*)
Supervising Attorney, Antitrust Bureau
John R. Milligan (*Pro Hac Vice forthcoming*)
Daniel R. Betancourt (*Pro Hac Vice forthcoming*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (312) 814-1004
E-Mail: paul.harper@ilag.gov

*Attorneys for Plaintiff State of Illinois*

Plaintiffs' Notice of Motion and Motion for Temporary Restraining Order

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

/s/ *Elinor R. Hoffmann* (as authorized on March 20, 2026)
Elinor R. Hoffmann (*Pro Hac Vice forthcoming*)
Chief, Antitrust Bureau
Christopher D'Angelo (*Pro Hac Vice forthcoming*)
Chief Deputy Attorney General
Economic Justice Division
Amy McFarlane (*Pro Hac Vice forthcoming)*
Deputy Chief, Antitrust Bureau
Morgan Feder (*Pro Hac Vice forthcoming)*
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | (212) 416-8269
Christopher.D'Angelo@ag.ny.gov |
  (212) 416-6124
Amy.McFarlane@ag.ny.gov | (212) 416-6195
Morgan.Feder@ag.ny.gov | (212) 416-8288

*Attorneys for Plaintiff State of New York*


FOR PLAINTIFF STATE OF NORTH CAROLINA:

JEFF JACKSON
Attorney General of North Carolina

KUNAL CHOKSI (*Pro Hac Vice Forthcoming*)
Senior Deputy Attorney General

/s/ *Francisco Benzoni* (as authorized on March 20, 2026)
Francisco Benzoni (*Pro Hac Vice Forthcoming*)
Special Deputy Attorney General
Brian Rabinovitz (*Pro Hac Vice Forthcoming*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-6000
fbenzoni@ncdoj.gov
brabinovitz@ncdoj.gov

*Attorneys for Plaintiff State of North Carolina*

6

Plaintiffs' Notice of Motion and Motion for Temporary Restraining Order

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Ian Van Loh* (as authorized on March 20, 2026)
Timothy D. Smith (*Pro Hac Vice forthcoming*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex DeLorenzo (*Pro Hac Vice forthcoming*)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR  97201
tim.smith@doj.oregon.gov | 503.798.3297
ian.vanloh@doj.oregon.gov | 971.239.7457
alex.delorenzo@doj.oregon.gov | 503.428.9482

*Attorneys for Plaintiff State of Oregon*


FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:

JAY JONES
Attorney General of Virginia

*/s/ Tyler T. Henry* (as authorized on March 20, 2026)
Tyler T. Henry (*Pro Hac Vice forthcoming*)
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
THenry@oag.state.va.us
(804) 692-0485

*Attorneys for Plaintiff Commonwealth of Virginia*

Plaintiffs' Notice of Motion and Motion for Temporary Restraining Order