# EXHIBIT 10

## **DECLARATION**

I, Vince Torres, do hereby declare and state under penalty of perjury as follows:

1.  I am the Chief Marketing Officer of DIRECTV.  I oversee pricing, brand strategy, product innovation, and marketing operations to deliver compelling experiences that fuel subscriber growth and long-term loyalty.  My business address is 2260 E. Imperial Highway, El Segundo, CA 90245.

2.  DIRECTV's retail pricing reflects its input costs.  When broadcast station groups raise retransmission consent fees, DIRECTV passes through those increases to its subscribers in the form of higher subscription prices.

3.  Retransmission consent price increases happen frequently, with each station group renewal.  DIRECTV typically only updates subscription prices once per year.

4.  In absolute terms, on a per-subscriber basis, retransmission consent costs represent the majority of DIRECTV's content cost increases.

December 17, 2025
Date

Vince Torres