

United States District Court
Eastern District of California

| The State of California, et al. |
Plaintiff(s)

Case Number: | 2:26-cv-00978-CKD |

V.

| Nexstar Media Group, Inc. and TEGNA Inc. |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Tyler Timothy Henry _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

The Commonwealth of Virginia

On ___01/25/2017___ (date), I was admitted to practice and presently in good standing in the

__U.S. District Ct. for the Eastern District of VA__ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ___03/19/2026___        Signature of Applicant: /s/ ___Tyler T. Henry___

**Pro Hac Vice Attorney**

Applicant's Name: Tyler Timothy Henry

Law Firm Name: Office of the Attorney General of Virginia

Address: 202 North 9th Street

City: Richmond    State: VA    Zip: 23219

Phone Number w/Area Code: (804) 692-0485

City and State of Residence: Richmond, Virginia

Primary E-mail Address: THenry@oag.state.va.us

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Suite 11000

City: San Francisco    State: CA    Zip: 94102

Phone Number w/Area Code: (415) 510-4400    Bar #: CA SBN 284490

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 03/20/26

_Carol M. Delaney_
JUDGE, U.S. DISTRICT COURT