

# United States District Court
# Eastern District of California

| | |
|---|---|
| The State of California, et al. | |
| Plaintiff(s) | Case Number: 2:26-cv-00978-CKD |
| V. | |
| Nexstar Media Group, Inc. and TEGNA Inc. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Francisco Benzoni hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of North Carolina

On _____09/12/2008_____ (date), I was admitted to practice and presently in good standing in the _____North Carolina State Bar_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____03/19/2026_____          Signature of Applicant: /s/ Francisco Benzoni

**Pro Hac Vice Attorney**

Applicant's Name: Francisco Benzoni

Law Firm Name: North Carolina Department of Justice

Address: 114 West Edenton Street

City: Raleigh     State: NC     Zip: 27603

Phone Number w/Area Code: (919) 716-6950

City and State of Residence: Chapel Hill, NC

Primary E-mail Address: fbenzoni@ncdoj.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco     State: CA     Zip: 94102

Phone Number w/Area Code: (415) 510-4400     Bar # 284490

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 03/20/26

_____
JUDGE, U.S. DISTRICT COURT