

## United States District Court
## Eastern District of California

State of California, et al.

Plaintiff(s)

V.

Nexstar Media Group, Inc. and TEGNA Inc.

Defendant(s)

Case Number: 2:26-cv-00978-TLN-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexander P. Okuliar hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Nexstar Media Group, Inc. and TEGNA Inc.

On 03/10/2003 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/20/2026                    Signature of Applicant: /s/ Alexander P. Okuliar

**Pro Hac Vice Attorney**

Applicant's Name: Alexander P. Okuliar

Law Firm Name: Morrison & Foerster LLP

Address: 2100 L Street NW

Suite 900

City: Washington     State: D.C.     Zip: 20037

Phone Number w/Area Code: (202) 887-1500

City and State of Residence: Bethesda, MD

Primary E-mail Address: aokuliar@mofo.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Eliot A. Adelson

Law Firm Name: Morrison & Foerster LLP

Address: 425 Market Street

City: San Francisco     State: CA     Zip: 94105

Phone Number w/Area Code: (415) 268-7000     Bar # 205284

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 23, 2026

_____
JUDGE, U.S. DISTRICT COURT