Rob Bonta
Attorney General of California
Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Laura Antonini (SBN 271658)
Paul Chander (SBN 305133)
Elizabeth Cheever (SBN 341421)
Emily Curran (SBN 293065)
Komal K. Patel (SBN 342765)
Connie P. Sung (SBN 304242)
Brian Wang (SBN 284490)
Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA  91402
  Telephone: (415) 510-3765
  E-mail: Laura.Antonini@doj.ca.gov
*Attorneys for Plaintiff, The State of California*

Additional counsel identified on signature page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF ILLINOIS, THE STATE OF NEW YORK, THE STATE OF NORTH CAROLINA, THE STATE OF OREGON, AND THE COMMONWEALTH OF VIRGINIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.,**<br><br>Defendants. | Case No. 2:26-cv-00978-TLN-CKD<br><br>**PLAINTIFFS' NOTICE OF REQUEST TO SEAL PORTIONS OF PLAINTIFFS' COMPLAINT**<br><br>Trial Date:        Not Set<br>Complaint Filed:   March 18, 2026 |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 5.2(d) and Local Rule 141, Plaintiffs the State of California, State of Colorado, State of Connecticut, State of Illinois, State of New York, State of North Carolina, State of Oregon, and Commonwealth of Virginia, by and through their respective Attorneys General ("Plaintiffs"), have submitted a Request to Seal certain portions of Plaintiffs' Complaint for Permanent Injunction ("Complaint") (Dkt. No. 1).

Specifically, Plaintiffs seek to seal an unredacted version of Plaintiffs' Complaint containing portions of information designated as confidential by Defendant Nexstar Media Group, Inc. ("Nexstar") and Defendant TEGNA Inc. ("TEGNA") specifically:

- Page 9, portions of Line 26;
- Page 20, portions of Lines 3 through 6; and
- Page 23, portions of Lines 19 through 22.

Nexstar and TEGNA ("Designating Parties") designated this information as confidential when they provided information and documents to Plaintiffs during the prefiling investigation. Plaintiffs do not, at this time, take a position on whether the materials and information designated by the Designating Parties warrants sealing. Plaintiffs reserve their right to oppose any submission in support of sealing as well as to challenge the confidentiality of such information on the merits in this litigation. In order to afford time for the Parties to confer about the material at issue in this request, as well as confer more broadly about the scope of a Protective Order to govern this litigation, Plaintiffs request that the Court allow the information at issue in this request to be provisionally sealed until further order of the Court, following either a request to seal from the Designating Parties, or a request to unseal from the Plaintiffs.

Pursuant to Local Rule 141(b), Plaintiffs' Request to Seal Portions of Plaintiffs' Complaint, Declaration of Laura Antonini in Support of Plaintiffs' Request to Seal Portions of Plaintiffs' Complaint, [Proposed] Order, and unredacted materials that are subject of the Request to Seal were emailed to Judge Nunley's Proposed Orders e-mail address at tlnorders@caed.uscourts.gov, and sent to Nexstar and TEGNA.

Dated: March 23, 2026

Respectfully submitted,

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General of California

/s/ *Laura Antonini*
Laura Antonini (SBN 271658)
Deputy Attorney General

Paula Blizzard (SBN 207920)
Senior Assistant Attorney General
Paul Chander (SBN 305133)
Elizabeth Cheever (SBN 341421)
Emily Curran (SBN 293065)
Komal K Patel (SBN 342765)
Connie P. Sung (SBN 304242)
Brian Wang (SBN 284490)
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7014
Telephone: (415) 510-3765
E-mail: Laura.Antonini@doj.ca.gov

*Attorneys for Plaintiff State of California*

FOR PLAINTIFF STATE OF COLORADO:

PHILIP J. WEISER
Attorney General

/s/*Bryn Williams* (as authorized on March 23, 2026)
Bryn A. Williams
First Assistant Attorney General (SBN 301699)
Jonathan B. Sallet (*Admitted Pro Hac Vice*)
Special Assistant Attorney General
Robin Alexander (*Admitted Pro Hac Vice*)
Assistant Attorney General
Amy Bowles (*Admitted Pro Hac Vice*)
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720)508-6000
Email: Bryn.Williams@coag.gov
        Jon.Sallet@coag.gov
        Robin.Alexander@coag.gov
        Amy.Bowles@coag.gov

*Attorneys for the State of Colorado*

3

PLAINTIFFS' NOTICE OF REQUEST TO SEAL PORTIONS OF PLAINTIFFS' COMPLAINT

FOR PLAINTIFF STATE OF CONNECTICUT:

WILLIAM TONG
Attorney General of Connecticut

NICOLE DEMERS
Deputy Associate Attorney General
(*Pro Hac Vice forthcoming*)

/s/ *Julián A. Quiñones Reyes* (as authorized on March 23, 2026)
Julián A. Quiñones Reyes (*Pro Hac Vice forthcoming*)
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Attorneys for Plaintiff State of Connecticut*


FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General of Illinois

/s/ *Paul J. Harper* (as authorized on March 23, 2026)

Elizabeth L. Maxeiner (*Admitted Pro Hac Vice*)
Chief, Antitrust Bureau
Paul J. Harper (*Admitted Pro Hac Vice*)
Supervising Attorney, Antitrust Bureau
John R. Milligan (*Admitted Pro Hac Vice*)
Daniel R. Betancourt (*Admitted Pro Hac Vice*)
Assistant Attorneys General
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (312) 814-1004
E-Mail: paul.harper@ilag.gov
*Attorneys for Plaintiff State of Illinois*

4

FOR PLAINTIFF STATE OF NEW YORK:

LETITIA JAMES
Attorney General of New York

/s/ *Elinor R. Hoffmann* (as authorized on March 23, 2026)
Elinor R. Hoffmann (*Pro Hac Vice forthcoming*)
Chief, Antitrust Bureau
CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division

Amy McFarlane (*Pro Hac Vice forthcoming*)
Deputy Chief, Antitrust Bureau
Morgan Feder (*Admitted Pro Hac Vice*)
Assistant Attorney General, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov | (212) 416-8269
Christopher.D'Angelo@ag.ny.gov | (212) 416-6124
Amy.McFarlane@ag.ny.gov | (212) 416-6195
Morgan.Feder@ag.ny.gov | (212) 416-8288

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH CAROLINA:

JEFF JACKSON
Attorney General of North Carolina

KUNAL CHOKSI (*Admitted Pro Hac Vice*)
Senior Deputy Attorney General

/s/ *Francisco Benzoni* (as authorized on March 23, 2026)
Francisco Benzoni (*Admitted Pro Hac Vice*)
Special Deputy Attorney General
Brian Rabinovitz (*Admitted Pro Hac Vice*)
Director of Major Litigation for Consumer Protection
114 W. Edenton Street
Raleigh, NC 27603
Telephone: (919) 716-6000
fbenzoni@ncdoj.gov
brabinovitz@ncdoj.gov

PLAINTIFFS' NOTICE OF REQUEST TO SEAL PORTIONS OF PLAINTIFFS' COMPLAINT

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OREGON:

DAN RAYFIELD
Attorney General of Oregon

*/s/ Ian Van Loh* (as authorized on March 23, 2026)

Timothy D. Smith (*Pro Hac Vice forthcoming*)
Attorney-in-Charge
Ian Van Loh (SBN 280254)
Alex DeLorenzo (*Pro Hac Vice forthcoming*)
Senior Assistant Attorneys General
Economic Justice Section
Oregon Department of Justice
100 SW Market St, Portland OR  97201
tim.smith@doj.oregon.gov | 503.798.3297
ian.vanloh@doj.oregon.gov | 971.239.7457
alex.delorenzo@doj.oregon.gov |
503.428.9482

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:

JAY JONES
Attorney General of Virginia

*/s/ Tyler T. Henry* (as authorized on March 23, 2026)
Tyler T. Henry (*Admitted Pro Hac Vice*)
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
THenry@oag.state.va.us
(804) 692-0485

*Attorneys for the Plaintiff Commonwealth of Virginia*

PLAINTIFFS' NOTICE OF REQUEST TO SEAL PORTIONS OF PLAINTIFFS' COMPLAINT