

United States District Court
Eastern District of California

| STATE OF CALIFORNIA, et al. |
| --- |

Plaintiff(s)

Case Number: | 2:26-cv-0978 TLN CKD |

V.

| NEXSTAR MEDIA GROUP, INC. and TEGNA |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Alex DeLorenzo _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Oregon _____

On _____ 10/13/2020 _____ (date), I was admitted to practice and presently in good standing in the _____ Oregon State Bar _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____ 03/19/2026 _____    Signature of Applicant: /s/ Alex DeLorenzo _____

**Pro Hac Vice Attorney**

Applicant's Name: Alex DeLorenzo

Law Firm Name: Oregon Department of Justice

Address: 100 SW Market Street

City: Portland        State: OR    Zip: 97201

Phone Number w/Area Code: (503) 428-9482

City and State of Residence: Portland, OR

Primary E-mail Address: Alex.DeLorenzo@doj.oregon.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco        State: CA    Zip: 94102

Phone Number w/Area Code: (415) 510-4400        Bar # 284490

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 24, 2026        _____
                             JUDGE, U.S. DISTRICT COURT