UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

NEXSTAR MEDIA GROUP, LLC, et al.,

Defendants.

No. 2:26-cv-00978-TLN-CKD

**ORDER**

Plaintiffs have filed a Request to Seal portions of Plaintiffs' Complaint containing portions of information designated as confidential by Defendants.  (ECF No. 52.)  The Court has carefully considered the Request and finds good cause to grant it.  Accordingly, the Court hereby GRANTS Plaintiffs' Request.  (ECF No. 52.)  The Clerk of the Court is directed to seal and remove public access to the Complaint (ECF No. 1), and Plaintiffs are directed to promptly file the proposed redacted Complaint.

IT IS SO ORDERED.

Date: March 23, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE