

# United States District Court
# Eastern District of California

| The State of California, et al. | Case Number: | 2:26-cv-00978-TLN-CKD |
|---|---|---|
| Plaintiff(s) | | |

V.

| Nexstar Media Group, Inc. and TEGNA Inc. | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Julian Quinones Reyes hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

State of Connecticut

On 10/11/2023 (date), I was admitted to practice and presently in good standing in the Connecticut Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/24/2026                 Signature of Applicant: /s/ Julian Quinones Reyes

**Pro Hac Vice Attorney**

Applicant's Name: Julian Quinones Reyes

Law Firm Name: Connecticut Office of the Attorney General

Address: 165 Capitol Ave

City: Hartford    State: CT    Zip: 06106

Phone Number w/Area Code: (860) 808-5030

City and State of Residence: Branford, CT

Primary E-mail Address: julian.quinones@ct.gov

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Wang

Law Firm Name: Office of the Attorney General of the State of California

Address: 455 Golden Gate Ave., Ste. 11000

City: San Francisco    State: CA    Zip: 94102

Phone Number w/Area Code: (415) 510-4400    Bar # 284490

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 24, 2026

JUDGE, U.S. DISTRICT COURT