Eliot A. Adelson (CA Bar No. 205284)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: EAdelson@mofo.com

Henry Huttinger (CA Bar No. 312843)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
Email: HHuttinger@mofo.com

Alexander P. Okuliar (*pro hac vice*)
Bradley S. Lui (CA Bar No. 143088)
Alexa Rae DiCunzolo (*pro hac vice pending*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.912.2329
Email: AOkuliar@mofo.com
      BLui@mofo.com
      ADiCunzolo@mofo.com

Attorneys for Defendants Nexstar Media
Group, Inc. and TEGNA Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| State of California, et. al.,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>Nexstar Media Group, Inc. and TEGNA Inc.,<br><br>     *Defendants*. | Case No. 2:26-cv-00978-TLN-CKD<br><br>**ORDER GRANTING DEFENDANTS NEXSTAR MEDIA GROUP, INC. AND TEGNA INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Judges: Honorable Troy L. Nunley and Honorable Carolyn K. Delaney<br>Action Filed: March 18, 2026 |

ORDER GRANTING REQUEST
TO SEAL DOCUMENTS

1

# ORDER

Before the Court is Defendants Nexstar Media Group, Inc. ("Nexstar") and TEGNA Inc.'s ("TEGNA") Request to Seal portions of certain documents submitted in connection with Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 27).

IT IS HEREBY ORDERED that the Request to Seal is GRANTED. Pursuant to Local Rule 141 of the United States District Court for the Eastern District of California, the specified portions of the following documents shall be maintained provisionally under seal until further order of this Court:

| Document | Portion(s) to Seal |
| --- | --- |
| Defendants' Memorandum of Points and Authorities in Opposition to Motion for Temporary Restraining Order | Highlighted portions of: Pages 2, 15 |
| Declaration of Michael Biard in Support of Defendants' Opposition Brief ("Biard Declaration") | Highlighted portions of: Pages 3, 5, 7 |
| Declaration of Mark Israel in Support of Defendants' Opposition Brief ("Israel Declaration") | Highlighted portions of: Page 26 |

**IT IS SO ORDERED.**

Dated: March 25, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER GRANTING REQUEST
TO SEAL DOCUMENTS

2